MARTIN J. KRAVITZ, ESQ.
Nevada Bar No. 83
KIMBERLEY A. HYSON, ESQ.
Nevada Bar No. 11611
KRAVITZ, SCHNITZER & JOHNSON, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123
Tele: (702) 362-6666
Fax: (702) 362-2203
mkravitz@ksjattorneys.com
khyson@ksjattorneys.com
*Attorneys for Defendant,,*
*STATE FARM MUTUAL AUTOMOBILE*
*INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAM NGUYEN, an individual; VAN HON LUU, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation licensed to do business in the State of Nevada; DOES 1-5; and ROE CORPORATIONS 6-10, inclusive, jointly and severally,<br><br>Defendant. | Case No.: 2:18-cv-00301-RFB-NJK |

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, between the parties hereto, by and through their respective counsel, that the above entitled action, Case No. 2:18-cv-00301-RFB-NJK, be dismissed with prejudice in its entirety. All parties agree to bear their own costs.

///

///

1

*Nguyen, Luu v. State Farm Mutual Automobile Insurance Co.*
*Case No. 2:18-cv-00301-RFB-NJK*

IT IS SO STIPULTED.

Respectfully submitted this \_\_\_ day of ~~March~~ April, 2018.

| NV INJURY LAW, LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
|---|---|
| /s/ Jessica Parra | /s/ Martin J. Kravitz |
| JESSICA PARRA, ESQ. | MARTIN J. KRAVITZ, ESQ. |
| Nevada Bar No. 12724 | Nevada Bar No. 83 |
| 1330 S. Eastern Avenue | KIMBERLEY A. HYSON, ESQ. |
| Las Vegas, Nevada 89104 | Nevada Bar No. 11611 |
| T: (702) 825-2000 | 8985 South Eastern Avenue, Suite 200 |
| F: (702) 830-9944 | Las Vegas, Nevada 89123 |
| Jessica@nvinjurylaw.com | T. (702) 362-6666 |
| *Attorneys for Plaintiffs,* | F. (702) 362-2203 |
| *TAM NGUYEN* | mkravitz@ksjattorneys.com |
| *VAN HON LUU* | khyson@ksjattorneys.com |
| | *Attorneys for Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY* |

**ORDER**

IT IS SO ORDERED.

/s/ Richard F. Boulware, II
RICHARD F. BOULWARE, II
United States District Judge

DATED this 12th day of April, 2018.

2